IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


CARLA R. OLIGER,                          :

                   Plaintiff             :        Civil Action 2:08-cv-796

    v.                                    :        Judge Frost
                                                  Magistrate Judge Abel
CAPITAL AREA HUMANE SOCIETY,              :

                   Defendant              :


## OPINION AND ORDER

This matter is before the Court on the amended complaint filed pursuant to this Court's

August 19, 2008 Order, which stated:

> Even when construing liberally Plaintiff's complaint and holding it to a less
> stringent standard than formal pleadings drafted by lawyers, *Haines v. Kerner*,
> 404 U.S. 519, 520-21(1972), the Court concludes that the complaint does not
> satisfy the requirements of Rule 8(a) of the Federal Rules of Civil Procedure.
> Specifically, Plaintiff's complaint utterly fails to set forth "a short and plain
> statement of the grounds upon which the court's jurisdiction depends."  Plaintiff
> shall be given ten (10) days from the date of this Order to file an amended
> complaint that complies with Rule 8(a) of the Federal Rules of Civil Procedure or
> this action will be dismissed for lack of jurisdiction.

(Doc. # 3.)

Plaintiff has timely filed her amended complaint; however, Plaintiff has failed to set forth

a recognized basis for this Court's jurisdiction.  (Doc. # 7: "this court should have jurisdiction

based on the defendant's relationship with the lower court/s and judge/s").  Consequently, this

court lacks subject matter jurisdiction over this action and is required to dismiss it.  *See* Fed. R.

Civ. P. 12(h)(3); Fed. R. Civ. P. 12(b)(1); *see also Bender v. Williamsport Area School Dist.*,

475 U.S. 534, 541 (1986) ("Federal courts are not courts of general jurisdiction; they have only

the power that is authorized by Article III of the Constitution and the statutes enacted by

Congress pursuant thereto.  *See, e. g., Marbury v. Madison*, 1 Cranch 137, 173-180 (1803).").

      Accordingly, the Court *sua sponte* **DISMISSES** this action for lack of subject matter

jurisdiction.

      **IT IS SO ORDERED.**


                                          **/s/ Gregory L. Frost**
                                          **GREGORY L. FROST**
                                          **UNITED STATES DISTRICT JUDGE**